```
 1  Michael Hurey (State Bar No. 139,550)
    Email: mhurey@kleinberglerner.com
 2  Philip L. Nulud (State Bar No. 245,147)
    Email: pnulud@kleinberglerner.com
 3  KLEINBERG & LERNER, LLP
    1875 Century Park East, Suite 1150
 4  Los Angeles, California 90067-3112
    Phone: (310) 557-1511 • Fax: (310) 557-1540
 5
 6  Attorneys for Plaintiff Mirabella Beauty Products, LLC
 7
 8              UNITED STATES DISTRICT COURT
 9              CENTRAL DISTRICT OF CALIFORNIA
10
11  MIRABELLA BEAUTY PRODUCTS,        ) Case No.: CV:09-04560 RSWL (AGRx)
    LLC., a Utah Limited Liability Company, )
12                                           ) COMPLAINT FOR INJUNCTIVE
               Plaintiff,                    ) RELIEF AND FOR DAMAGES
13                                           ) FOR:
          v.                                 )
14                                           ) (1) FALSE AND MISLEADING
    E.L.I. TRADING, INC., a California       )     DESIGNATIONS AND
15  Corporation d/b/a MICA BELLA             )     REPRESENTATIONS (15
    COSMETICS d/b/a MICA COSMETICS,          )     U.S.C. § 1125(a));
16  ELI FRENKEL, an individual, and Does 1   ) (2) FEDERAL TRADEMARK
    – 10,                                    )     DILUTION (15 U.S.C. §
17                                           )     1125(c));
               Defendants.                   ) (3) COMMON LAW
18                                           )     TRADEMARK
                                             )     INFRINGEMENT;
19                                           ) (4) UNFAIR COMPETITION;
                                             ) (5) COMMON LAW
20                                           )     NEGLIGENCE;
                                             ) (6) CONTRIBUTORY
21                                           )     TRADEMARK
                                             )     INFRINGEMENT (15 U.S.C.
22                                           )     §1051 ET SEQ AND
                                             )     COMMON LAW);
23                                           ) (7) CIVIL CONSPIRACY
24                                           )
                                             ) DEMAND FOR JURY TRIAL
25
26
27
28
                                     - 1 -
                                                                    COMPLAINT
```

Plaintiff Mirabella Beauty Products, LLC ("Mirabella"), a Utah Limited Liability Company, by and through its attorneys, alleges as follows:

## THE PARTIES

1. Plaintiff Mirabella is a Limited Liability Company duly organized and existing under the laws of the State of Utah with is principal place of business at 29083 The Old Road, Valencia, CA 91355.

2. Plaintiff is informed and believes, and on that basis alleges that Defendant, E.L.I. Trading, Inc. d/b/a Mica Bella Cosmetics d/b/a Mica Cosmetics ("ELI Trading") is a Corporation duly organized and existing under the laws of the State of California with a principal place of business at 9555 Owensmouth Ave., Suite 7, Chatsworth, CA 91331.

3. Plaintiff is informed and believes, and on that basis alleges that Defendant, Eli Frenkel ("Mr. Frenkel") is an individual residing in the State of California and is President and owner of Defendant ELI Trading with a principal place of business at 9555 Owensmouth Ave., Suite 7, Chatsworth, CA 91331.

4. Defendants Does 1 – 10, inclusive, are sued herein under fictitious names. Their true names and capacities are unknown to Mirabella. When their true names and capacities are ascertained, Mirabella will amend this complaint by inserting their true names and capacities. Mirabella is informed and believes and thereon alleges, that Does 1 – 10, and each of them are responsible in some manner for the occurrences alleged herein and that Mirabella's damages were proximately caused by such Defendants. (ELI Trading, Mr. Frenkel and Does 1 – 10 are referred to collectively as Defendants.)

5. Plaintiff is informed and believes, and on that basis alleges that Defendant ELI Trading is a Corporation doing business and having a principal place of business in this judicial district.

6. Plaintiff is informed and believes, and on that basis alleges that Defendant Mr. Frenkel is an individual doing business and having a principal place of business

in this judicial district.

## JURISDICTION AND VENUE

7. This is a civil action arising under the United States Trademark Act of 1946, as amended, 15 U.S.C. §1051 *et seq.*(the "Lanham Act"), for false or misleading descriptions and representations in violation of Section 43(a), statutory and common law violations of the State of California relating to trademarks, trade names, dilution, unfair competition and related rights, for contributory trademark infringement, and for common law negligence (California Business and Professions Code §§ 14320, 14330, 14335, 14340, 17200-17208, 17500 and 17535 and California Civil Code § 1714(a)).

8. This Court has subject matter jurisdiction of this action pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338 as it involves claims arising under the United States trademark laws and substantially related claims for unfair competition.

9. This Court has personal jurisdiction over the Defendants in that the principal place of business of the corporate Defendants are within this judicial district. Further, this Court has personal jurisdiction over the Defendants because each has either committed one or more of the infringing acts complained of herein in California and this district, and each does regular business in California and in this district.

10. Venue in this court is proper under the provisions of 28 U.S.C. §§ 1391(b) and (c) because a substantial part of the claims arose in this district and because defendants reside in this district.

## ALLEGATIONS COMMON TO ALL CAUSES OF ACTION

11. Since at least as early as 2001, Plaintiff has been engaged in the business of designing, developing, marketing, manufacturing and distributing cosmetics and beauty supplies to hundreds of salons across the United States under the MIRABELLA mark. Christy Thurston, the founder and president of Mirabella, has been very well

known within the beauty industry in the last twenty years and has extensive cosmetic experience. It is upon such success and recognition that Plaintiff has built itself upon. Mirabella products are designed to produce fresh and classic beauty looks, and specifically enhance the natural beauty of women. Plaintiff offers products for women of all ages. Plaintiff also provides educational training for licensed professional in various distributor classrooms across the United States. Among other registrations and applications, Plaintiff Mirabella owns United States Trademark Registration No. 2,935,588 for the mark MIRABELLA depicted in Exhibit 1 covering, among other things, make-up and cosmetics.

12. Mirabella has, and continues to extensively market, manufacture, and distribute make-up and cosmetics under this mark.

13. Mirabella has not licensed, nor otherwise consented to, use of the MIRABELLA mark or any confusingly similar trademarks by Defendants.

14. On or about April 27, 2009, Applicant was made aware of Defendant ELI Trading, and the sale of Defendant ELI Trading's cosmetics bearing the MICABELLA mark.

15. Plaintiff is informed and believes that Defendant Mr. Frenkel is the President and owner Defendant ELI Trading and has control over Defendant ELI Trading.

16. Plaintiff is informed and believes and on that basis alleges that Defendant Mr. Frenkel has authorized, directed and/or participated in the acts of Defendant ELI Trading. Plaintiff is further informed and believes that Defendant Mr. Frenkel knowingly and substantially participated in all of the acts committed by Defendant ELI Trading which are alleged herein.

///

# FIRST CLAIM FOR RELIEF

## [False and Misleading Representations and Designations; 15 U.S.C. § 1125(a) Against All Defendants]

17. Mirabella incorporates the allegations of paragraphs 1 – 16 of this complaint as though set forth fully herein.

18. Mirabella's marks consist of the term MIRABELLA. The MIRABELLA mark has become uniquely associated with and hence serves to identify Mirabella as the source of goods used in connection with the marks.

19. Plaintiff is informed and believes and on that basis alleges that Defendant Mr. Frenkel has authorized, directed and/or participated in the acts of false and misleading representation and designation by Defendant ELI Trading. Plaintiff is further informed and believes that Defendant Mr. Frenkel knowingly and substantially participated in all of the acts of false and misleading representation and designation committed by Defendant ELI Trading which are alleged herein.

20. The use in interstate commerce of the MICABELLA mark designation by Defendants is a use of a false designation of origin or a false representation, wrongly and falsely designating products sold or offered for sale by Defendants as originating from or connected with Mirabella, and constitutes using false descriptions or representations in interstate commerce.

21. Defendants' acts constitute a violation of 15 U.S.C § 1125(a), Section 43(a) of the Lanham Act.

22. Defendants' acts have caused, and unless restrained by this Court, will cause Mirabella and the public to suffer great and irreparable damage and injury.

23. Mirabella has no adequate remedy at law.

24. Mirabella has suffered actual damages in the form of lost sales and damage to its business, goodwill, reputation, and profits, and Defendants have been unjustly enriched as a result of their infringing activities. The exact amount of Mirabella damages is presently unknown, but is no less than $1,000,000.00, and will

be subject to proof at trial.

## SECOND CLAIM FOR RELIEF

### [Federal Trademark Dilution; 15 U.S.C. § 1125(c)

### Against All Defendants]

25. Mirabella incorporates the allegations of paragraphs 1 – 24 of this complaint as though set forth fully herein.

26. The use by Defendant ELI Trading of the mark MICABELLA constitutes a colorable copy and imitation of Mirabella's MIRABELLA mark.

27. Plaintiff is informed and believes and on that basis alleges that Defendant Mr. Frenkel has authorized, directed and/or participated in the acts of colorable copies and imitations by Defendant ELI Trading. Plaintiff is further informed and believes that Defendant Mr. Frenkel knowingly and substantially participated in all of the acts of colorable copies and imitations committed by Defendant ELI Trading which are alleged herein.

28. Defendants' use of colorable copies and imitations of the MIRABELLA mark is likely to cause injury to Mirabella's business reputation and dilute the distinctive quality of Mirabella's trademark in violation of 15 U.S.C. § 1125(c).

29. Defendants' acts have caused, and unless restrained by this Court, will cause Mirabella and the public to suffer great and irreparable damage and injury.

30. Mirabella has no adequate remedy at law.

31. Mirabella has suffered actual damages in the form of lost sales and damage to its business, goodwill, reputation, and profits, and Defendants have been unjustly enriched as a result of their infringing activities. The exact amount of Mirabella's damages is presently unknown, but is no less than $1,000,000.00, and will be subject to proof at trial.