# THIRD CLAIM FOR RELIEF

## [Common Law Trademark Infringement; Against All Defendants]

32. Mirabella incorporates the allegations of paragraphs 1 – 31 of this complaint as though set forth fully herein.

33. Mirabella is the owner of goodwill and valuable trademark rights protected by California common law, as well as other jurisdictions where Mirabella does business.

34. The use by Defendants, without the consent of Mirabella, of reproductions, counterfeits, copies or colorable imitations of the MIRABELLA mark in connection with Defendants' goods is likely to cause confusion, mistake and deception. Such use infringes Mirabella's rights in violation of California common law.

35. Plaintiff is informed and believes and on that basis alleges that Defendant Mr. Frenkel has authorized, directed and/or participated in the acts of infringement by Defendant ELI Trading. Plaintiff is further informed and believes that Defendant Mr. Frenkel knowingly and substantially participated in all of the acts of infringement committed by Defendant ELI Trading which are alleged herein.

36. Defendants have been guilty of oppression, fraud and malice in that their conduct was intended by them to cause injury to Mirabella, is despicable and was carried out with a willful and conscious disregard of the rights of Mirabella and the public. Defendants have made intentional misrepresentations, concealed material facts, and perpetrated deception with the intent to deprive Mirabella and others of property and legal rights. By reason of the foregoing, Mirabella is entitled to exemplary damages against each of the Defendants pursuant to California Civil Code § 3294 in an amount to be proven at trial.

37. Defendants' acts have caused, and unless restrained by this Court, will cause Mirabella and the public to suffer great and irreparable damage and injury.

38. Mirabella has no adequate remedy at law.

39. Mirabella has suffered actual damages in the form of lost sales and damage to its business, goodwill, reputation, and profits, and Defendants have been unjustly enriched as a result of their infringing activities. The exact amount of Mirabella's damages is presently unknown, but is no less than $1,000,000.00, and will be subject to proof at trial.

## FOURTH CLAIM FOR RELIEF

[California Unfair Competition; Cal. Bus. & Prof. Code §§ 17200 et seq. and 17500 et seq. Against All Defendants]

40. Mirabella incorporates the allegations of paragraphs 1 – 39 of this complaint as though set forth fully herein.

41. Defendants have engaged in unfair and fraudulent business practices by the acts herein alleged, and otherwise engaging in unlawful, unfair, dishonest, deceptive, false, misleading, and fraudulent acts including using marks confusingly similar to Mirabella's marks in commerce, making false designations of origin, false or misleading misrepresentations of fact, which are likely to cause confusion or deceive as to the affiliation, connection, or association of Defendants with Mirabella and as to the origin, sponsorship, or approval of Defendants' goods or services.

42. Defendants' acts violate the California Unfair Practices Act, California Business and Professions Code §§ 17200 and 17500, *et seq.*, specifically §§ 17500 and 17535, and constitute a deceptive trade practice in violation of California Civil Code § 3369, and the common law.

43. Defendants' acts have caused, and unless restrained by this Court, will cause Mirabella and the public to suffer great and irreparable damage and injury.

44. Mirabella has no adequate remedy at law.

45. Mirabella has suffered actual damages in the form of lost sales and damage to its business, goodwill, reputation, and profits, and Defendants have been

unjustly enriched as a result of their infringing activities. The exact amount of Mirabella's damages is presently unknown, but is no less than $1,000,000.00, and will be subject to proof at trial.

## FIFTH CLAIM FOR RELIEF

### [Common Law Negligence; Against All Defendants]

46. Mirabella incorporates the allegations of paragraphs 1 – 45 of this complaint as though set forth fully herein.

47. Defendants knew or should have known that their election of using the mark MICABELLA would result in reasonably foreseeable harm to Mirabella's economic interests.

48. Defendants should have searched or ignored a search that would determine that Mirabella would be harmed by the use of the mark MICABELLA.

49. Defendants knew or should have known that failure to act with due care owed to Mirabella would result in a reasonably foreseeable harm to Mirabella's economic interests.

50. Defendants are responsible for injuries caused by its lack of ordinary care. Cal. Civ. Code § 1714(a).

51. Mirabella has no adequate remedy at law.

52. Mirabella has suffered actual damages in the form of lost sales and damage to its business, goodwill, reputation, and profits, and Defendants have been unjustly enriched as a direct and proximate result of Defendant's negligence. The exact amount of Mirabella's damages is presently unknown, but is no less than $1,000,000.00, and will be subject to proof at trial.

///

## SIXTH CLAIM FOR RELIEF

### [Contributory Trademark Infringement;

### 15 U.S.C. §1051 et seq. and Common Law Against All Defendants]

53. Mirabella incorporates the allegations of paragraphs 1 – 52 of this complaint as though set forth fully herein.

54. This unknown third party's use of Mirabella federally registered and common law trademarks are likely to cause confusion, deception and mistake in violation of 15 U.S.C. § 1114 and state statutory and common law.

55. The unknown third party's use in interstate commerce of the MIRABELLA mark is a use of a false designation of origin or a false representation, wrongly and falsely designating products sold or offered for sale by unknown third party as originating from or connected with Mirabella, and constitutes using false descriptions or representations in interstate commerce in violation of 15 U.S.C. § 1125(a) and state statutory and common law.

56. Unknown third party's use of colorable copies and imitations of Mirabella's trademark is likely to cause injury to Mirabella's business reputation and dilute the distinctive quality of Mirabella's trademark in violation of 15 U.S.C. § 1125(c) and state statutory and common law.

57. Defendants are contributorily liable for infringement of Mirabella's trademark rights. *See Inwood Labs. v. Ives Labs.*, 456 U.S. 844, 853-4 (1982).

58. These acts have caused, and unless restrained by this Court, will cause Mirabella and the public to suffer great and irreparable damage and injury.

59. Mirabella has no adequate remedy at law.

60. Mirabella has suffered actual damages in the form of lost sales and damage to its business, goodwill, reputation, and profits, and Defendants have been unjustly enriched as a result of their activities. The exact amount of Mirabella damages is presently unknown, but is no less than $1,000,000.00, and will be subject to proof at trial.

## SEVENTH CLAIM FOR RELIEF

### [Civil Conspiracy Against All Defendants]

61. Plaintiff incorporates paragraphs 1 – 60 of this Complaint as if full set forth herein.

62. Defendants have conspired with each other to achieve an unlawful goal by unlawful means. Among other things, they have conspired and agreed to: (i) infringe on the MIRABELLA mark as alleged herein, (ii) dilute the MIRABELLA mark as alleged herein, and (iii) engage in unfair competition as alleged herein.

63. The objective of Defendants is to wrongfully profit by violating federal and state laws, all to the detriment of Mirabella.

64. As a direct and proximate result of Defendants' wrongful acts, Mirabella has been injured in an amount to be determined at trial.

65. Mirabella is informed and believes, and on that basis alleges, that in acting as alleged herein Defendants have acted intentionally and despicably with oppression, fraud, and malice toward Mirabella. Mirabella therefore is entitled to an award of punitive damages for the sake of example and by way of punishing Defendants pursuant to California Civil Code § 3294.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Mirabella, Inc. respectfully demands a judgment against Defendants ELI Trading, Inc. and Mr. Frenkel as follows:

1. That the Defendants, their officers, agents, servants, employees, and attorneys, assigns and all persons in active concert with or participation with them be forthwith preliminarily and thereafter permanently enjoined and restrained from:

    a. Using the MICABELLA mark, the MIRABELLA mark, any trademarks owned by Mirabella recognized at common law, or any other designation which is confusingly similar to Plaintiff's aforementioned trademarks alone or in combination with other

words, as a trademark, trade name, or service mark, component or otherwise, to advertise or identify Defendants' goods or services;

b. Otherwise infringing on Plaintiff's mark;

c. Unfairly competing with Plaintiff in any manner whatsoever; or

d. Causing likelihood of confusion, injury to business reputation, or dilution of the distinctiveness of Plaintiff's marks, symbols, labels, or forms of advertising or promotion;

2. That the Defendants be required to deliver up to Mirabella's attorneys for destruction, all products, literature, advertisements, videotapes, and other material bearing the infringing designation;

3. That the Defendants, within thirty days after the service of the judgment herein, be required to file with this Court and serve upon Mirabella's attorneys, a written report under oath setting forth in detail the manner in which they have complied with the judgment;

4. For an award of actual damages in an amount to be proven at trial, but no less than $1,000,000.00 that Defendants be required to account for any of their profits that are attributable to their acts, and that all such damages be trebled as provided by 15 U.S.C. § 1117 and California Business and Professions Code § 14340;

5. For an award of exemplary and punitive damages for the Defendants' oppression, fraud and malice for their violation of Mirabella's rights under California law, Cal. Civil Code § 3294;

6. For an award of attorneys fees pursuant to 15 U.S.C. § 1117;

7. For an award of pre-judgment interest at the maximum rate allowed by law;

8. For the costs of suit herein; and

9. For such additional and further relief that the Court may deem just and

- 12 -                COMPLAINT

1 | proper under the circumstances.

3 | June 24, 2009         By: _____
                              Michael Hurey
                              Philip Nulud
                              Kleinberg & Lerner, LLP
                              1875 Century Park East
                              Suite 1150
                              Los Angeles, CA 90067
                              Attorneys for Plaintiff
                              MIRABELLA, INC.

## DEMAND FOR JURY TRIAL

Mirabella Beauty Products, LLC demands that its claim be tried to a jury pursuant to the Seventh Amendment to the United States Constitution, FED. R. CIV. P. 38(b).

June 24, 2009          By: _____
                           Michael Hurey
                           Kleinberg & Lerner, LLP
                           1875 Century Park East
                           Suite 1150
                           Los Angeles, CA 90067
                           Attorneys for Plaintiff
                           Mirabella Beauty Products, LLC

# EXHIBIT 1

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51, and 52

Reg. No. 2,935,588

**United States Patent and Trademark Office**  Registered Mar. 22, 2005

## TRADEMARK
### SUPPLEMENTAL REGISTER

# MIRABELLA

THURSTON, CHRISTINE R. (UNITED STATES INDIVIDUAL)
505 SOUTH MAIN STREET
BOUNTIFUL, UT 84010

FOR: MAKE-UP AND COSMETICS, NAMELY FOUNDATION, PRESSED POWDER, LOOSE POWDER, FACE POWDER, POWDER BLUSH, CREME BLUSH, CONCEALER, MASCARA, EYE LINER, EYE SHADOW, EYE CREAM, BROW GEL, LASH PRIMER, EYE MAKE-UP REMOVER, NON-MEDICATED LIP CARE PREPARATIONS, LIPSTICK, LIP LINER, LIP GLOSS, LIP CREAM, NON-MEDICATED LIP BALM, LIP MOISTURIZER, LIP CRAYON, NAIL POLISH AND NAIL CARE PREPARATIONS; NON-MEDICATED SKIN CARE PREPARATIONS, SKIN MOISTURIZERS, FACIAL, SKIN AND BODY CREAMS, LOTIONS, GELS, TONERS, CLEANSERS, MOISTURIZERS AND EXFOLIATES, BATH PRODUCTS, NAMELY, SHOWER GEL, BATH LOTION, BATH POWDER AND SOAPS; SUNTAN AND SUNSCREEN LOTIONS, GELS AND CREAMS; HAIR CARE PRODUCTS, NAMELY SHAMPOOS AND CONDITIONERS, HAIR GEL, HAIR MOUSSE, HAIR RINSES, HAIR SPRAYS AND HAIR STYLING PREPARATIONS; AROMATHERAPY BATH LOTIONS; PERFUMES AND COLOGNES, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 2-0-2002; IN COMMERCE 4-0-2002.

SER. NO. 76-382,465, FILED P.R. 3-14-2002; AM. S.R. 2-26-2004.

STEVEN R. FOSTER, EXAMINING ATTORNEY

EXHIBIT 1 PAGE 15

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2009-06-23 20:25:30 ET

Serial Number: 76382465  Assignment Information     Trademark Document Retrieval

Registration Number: 2935588

Mark (words only): MIRABELLA

Standard Character claim: No

Current Status: Registered.

Date of Status: 2005-03-22

Filing Date: 2002-03-14

Transformed into a National Application: No

Registration Date: 2005-03-22

Register: Supplemental

Law Office Assigned: LAW OFFICE 106

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 650 -Publication And Issue Section

Date In Location: 2005-03-22

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. MIRABELLA BEAUTY PRODUCTS, LLC

Address:
MIRABELLA BEAUTY PRODUCTS, LLC
29083 The Old Road
Valencia, CA 91355
United States
Legal Entity Type: Limited Liability Company
State or Country Where Organized: Utah
Phone Number: 800 853 6650 ext. 4485
Fax Number: 661 702 9659

## GOODS AND/OR SERVICES

EXHIBIT 1 PAGE 16

**International Class:** 003
**Class Status:** Active
make-up and cosmetics, namely foundation, pressed powder, loose powder, face powder, powder blush, creme blush, concealer, mascara, eye liner, eye shadow, eye cream, brow gel, lash primer, eye make-up remover, non-medicated lip care preparations, lipstick, lip liner, lip gloss, lip cream, non-medicated lip balm, lip moisturizer, lip crayon, nail polish and nail care preparations; non-medicated skin care preparations, skin moisturizers, facial, skin and body creams, lotions, gels, toners, cleansers, moisturizers and exfoliates, bath products, namely, shower gel, bath lotion, bath powder and soaps; suntan and sunscreen lotions, gels and creams; hair care products, namely shampoos and conditioners, hair gel, hair mousse, hair rinses, hair sprays and hair styling preparations; aromatherapy bath lotions; perfumes and colognes
**Basis:** 1(a)
**First Use Date:** 2002-02-00
**First Use in Commerce Date:** 2002-04-00

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.

2009-05-21 - Attorney Revoked And/Or Appointed

2009-05-21 - TEAS Revoke/Appoint Attorney Received

2009-01-05 - Applicant/Correspondence Changes (Non-Responsive) Entered

2009-01-05 - TEAS Change Of Owner Address Received

2008-03-12 - TEAS Change Of Correspondence Received

2006-06-21 - Automatic Update Of Assignment Of Ownership

2005-03-22 - Registered - Supplemental Register

2004-09-23 - Law Office Publication Review Completed

2004-08-10 - APPROVED FOR REGISTRATION SUPPLEMENTAL REGISTER

2004-08-10 - Amendment to Use approved

2004-08-10 - Amendment From Applicant Entered

2004-02-26 - Communication received from applicant

2004-08-10 - Assigned To LIE

2004-08-10 - Amendment to use processing complete

2004-02-26 - Amendment to Use filed

2004-08-04 - Amendment From Applicant Entered

2004-07-27 - Communication received from applicant

2004-08-04 - Assigned To LIE

2004-07-27 - FAX RECEIVED

2004-07-06 - Disapproval of Amendment to use mailed

2004-07-06 - AMENDMENT OF ALLEGED USE DISAPPROVED

2004-06-25 - Petition To Revive-Granted

2004-02-26 - Petition To Revive-Received

2004-02-26 - PAPER RECEIVED

2004-01-21 - Abandonment - Failure To Respond Or Late Response

2003-10-20 - Previous allowance count withdrawn

2003-10-20 - Approved for Pub - Principal Register (Initial exam)

2003-08-26 - Unresponsive/Duplicate Paper Received

2003-08-20 - Unresponsive/Duplicate Paper Received

2003-10-09 - FAX RECEIVED

2003-09-12 - Case File In TICRS

2003-08-26 - PAPER RECEIVED

2003-08-20 - PAPER RECEIVED

2003-08-20 - Continuation of final refusal mailed

2003-07-23 - Communication received from applicant

2003-07-23 - PAPER RECEIVED

EXHIBIT 1 PAGE 18

2003-03-12 - Final refusal mailed

2003-02-14 - Communication received from applicant

2003-02-19 - Communication received from applicant

2003-02-19 - PAPER RECEIVED

2002-08-15 - Non-final action mailed

2002-07-31 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Marvin H. Kleinberg

**Correspondent**
Marvin H. Kleinberg
Kleinberg & Lerner, LLP
Suite 1150
1875 Century Park East
Los Angeles CA 90067
Phone Number: 3105571511
Fax Number: 3105571540

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Ronald S. W. Lew and the assigned discovery Magistrate Judge is Alicia G. Rosenberg.

The case number on all documents filed with the Court should read as follows:

**CV09- 4560 RSWL (AGRx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)       NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Michael Hurey (State Bar No. 139,550)
Philip A. Nulud (State Bar No. 245,147)
Kleinberg & Lerner, LLP
1875 Century Park East, Suite 1150
Los Angeles, California 90067
(310)557-1511 fax (310) 557-1540

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRABELLA BEAUTY PRODUCTS, LLC., a Utah Limited Liability Company<br>PLAINTIFF(S)<br>v.<br>E.L.I. TRADING, INC., a California Corporation d/b/a MICA BELLA COSMETICS, dba MICA COSMETICS, ELI FRENKEL an individual, and DOES 1-10,<br>DEFENDANT(S). | CASE NUMBER<br>CV09-04560 RSWL (AGRx)<br><br>SUMMONS |

TO: THE ABOVE-NAMED DEFENDANT(S):

YOU ARE HEREBY SUMMONED and required to file with this court and serve upon plaintiff's attorney Michael Hurey_____, whose address is:

KLEINBERG & LERNER, LLP
1875 Century Park East, Suite 1150
Los Angeles, California 90067

an answer to the ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim which is herewith served upon you within __20__ days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.

Clerk, U.S. District Court

Dated: JUN 24 2009       By: A. Gra_____
                                Deputy Clerk
                                (Seal of the Court)

                                1192

CV-01A (01/01)                SUMMONS

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
MIRABELLA BEAUTY PRODUCTS, LLC., a Utah Limited Liability Company

**DEFENDANTS**
E. L. I. TRADING, INC., a California Corporation d/b/a/ MICA BELLA COSMETICS d/b/a/ MICA COSMETICS, ELI FRENKEL, an individual, and Does 1 - 10 Inclusive

**(b) County of Residence of First Listed Plaintiff** (Except in U.S. Plaintiff Cases):
LOS ANGELES

**County of Residence of First Listed Defendant** (In U.S. Plaintiff Cases Only):
LOS ANGELES

**(c) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Michael Hurey, Philip Nulud
KLEINBERG & LERNER, LLP
1875 Century Park East, Suite 1150, Los Angeles, CA 90067-3112
(310) 557-1511

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☑ 4 | ☑ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:** JURY DEMAND: ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No
☑ **MONEY DEMANDED IN COMPLAINT:** $ 1,000,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 USC Sec. 1125 (a) false and misleading; 15 USC Sec. 1125(c) federal trademark dilution; 15 USC Sec. 1051 trademark infringement, Cal. Bus. & Prof. Code Sec. 14340 unfair competition; Cal. Bus. & Prof. Code Sec. 14330 antidilution violation

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | | | **FORFEITURE / PENALTY** | |
| ☐ 490 Cable/Sat TV | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities /Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | **CIVIL RIGHTS** | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | | | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☑ 840 Trademark |
| | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | | ☐ 443 Housing/Acco- mmodations | | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | | ☐ 446 American with Disabilities - Other | ☐ 690 Other | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 240 Torts to Land | | ☐ 440 Other Civil Rights | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s):

**FOR OFFICE USE ONLY:** Case Number: CV09-04560

CV-71 (07/05)  CIVIL COVER SHEET  Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? ☑ No  ☐ Yes

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  
☐ A. Arise from the same or closely related transactions, happenings, or events; or  
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or  
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or  
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** List the California County, or State if other than California, in which **EACH** named plaintiff resides (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.
Los Angeles County

List the California County, or State if other than California, in which **EACH** named defendant resides. (Use an additional sheet if necessary).
☐ Check here if the U.S. government, its agencies or employees is a named defendant.
Los Angeles County

**List the California County**, or State if other than California, in which **EACH** claim arose. (Use an additional sheet if necessary)
**Note:** In land condemnation cases, use the location of the tract of land involved.
Los Angeles County

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____   Date  June 24, 2009

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
| --- | --- | --- |
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |