Michael Hurey (SB# 139550)
 mhurey@kleinberglerner.com
Christopher J. Dugger (SB# 239427)
 cdugger@kleinberglerner.com
KLEINBERG & LERNER, LLP
1875 Century Park East, Suite 1150
Los Angeles, CA 90067-3112
Phone: (310) 557-1511 • Fax: (310) 557-1540

Attorney for Plaintiff Mirabella Beauty Products, LLC

William C. Conkle (SB# 76103)
 w.conkle@conklelaw.com
Mark D. Kremer (SB# 100978)
 m.kremer@conklelaw.com
CONKLE, KREMER & ENGEL
Professional Law Corporation
3130 Wilshire Boulevard, Suite 500
Santa Monica, California 90403-2351
Phone: (310) 998-9100 • Fax: (310) 998-9109

Attorneys for E.L.I. Trading, Inc. and Eli Frenkel

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MIRABELLA BEAUTY PRODUCTS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>E.L.I. TRADING, INC., et al.,<br><br>Defendant. | CASE No. CV09-4560-RSWL-(AGRx)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE AND PERMANENT INJUNCTION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)(ii) AND 65(d)**<br><br>Assigned for all Purposes to:<br>Honorable Ronald S. W. Lew<br>Courtroom; 21 |

0915.002\9993

Plaintiff Mirabella Beauty Products, LLC ("Mirabella") and Defendants E.L.I. Trading, Inc. and Eli Frenkel (collectively, "Defendants") having concluded this litigation by settlement and having therein stipulated to the entry of a dismissal with prejudice of the present case and to an order for permanent injunction, it is hereby

ORDERED, ADJUDGED AND DECREED: that civil action Mirabella Beauty Products, LLC v. E.L.I. Trading, Inc. and Eli Frenkel (Case No.: CV09-4560-RSWL(AGRx), and all claims currently pending before this Court, is DISMISSED WITH PREJUDICE.

IT IS FURTHER, ORDERED, ADJUDGED AND DECREED: that Defendants and their agents, servants, employees, and attorneys, assigns and all persons in active concert with or participation with them who receive actual notice of this injunction are PERMANENTLY ENJOINED AND RESTRAINED in the United States from:

(a)     Using the trademark MIRABELLA (including all stylized versions or corresponding logos) alone or in combination with other words in connection with the advertisement, sale or offer for sale of cosmetics or any other products, specifically including, but not limited to lipstick, lip gloss, blush, mascara, eyeshadow, makeup, and other beauty products;

(b)     using the term "Mirabella" in any internet domain name;

(c)     using any simulation reproduction, counterfeit, copy or colorable imitation of Mirabella in the advertisement sale or offer for sale of cosmetics or any other products, specifically including, but not limited to lipstick, lip gloss, blush, mascara, eyeshadow, makeup, and other beauty products;

(d) using any false designation of origin or false or misleading description or false or misleading representation that can or is likely to lead the trade or public erroneously to believe that any product of Defendants has been manufactured, produced, distributed, sold, offered for sale or otherwise authorized by or for Mirabella, when such is not true in fact;

(e) engaging in any other activity constituting an infringement of the trademark MIRABELLA; and

(f) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (a) through (e) above.

Nothing in this Order and injunction enjoins or restrains defendants from using the term MICABEAUTY in the United States or the term MICABELLA outside of the United States.

This Court retains jurisdiction over this permanent injunction and any claims arising from it.

Dated: May 7, 2010

RONALD S.W. LEW
_____
Senior, U.S. District Court Judge

0915.002\9993

-2-

[Proposed] Order For Dismissal With Prejudice And Permanent Injunction